UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　ALEXANDER W. MURRAY<br><br><br>　　　　　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 19-15249-JKF |

*******

**HEARING TO BE HELD:**
**Date: 02/26/2020**
**Time:  9:30 A.M.**
**Place: U.S. Bankruptcy Court**
　　　　**Robert N.C. Nix Building**
　　　　**900 Market Street**
　　　　**Courtroom #3**
　　　　**Philadelphia, PA  19107**

*******

NOTICE OF  MOTION, RESPONSE DEADLINE AND HEARING DATE

　　Scott F. Waterman, Esq., Standing Chapter 13 Trustee, has filed a *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* with the Court for dismissal of this case.

　　YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)

1.  If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before Thursday, January 30, 2020 you or your attorney must do ALL of the following:

　　(a)  file an answer explaining your position at

　　　　U.S. Bankruptcy Court
　　　　Robert N.C. Nix Building
　　　　900 Market Street, Suite 400
　　　　Philadelphia, PA  19107

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

      (b) mail a copy to the movant's attorney:

          Polly A. Langdon, Esq.
          for
          Scott F. Waterman
          Standing Chapter 13 Trustee
          2901 St. Lawrence Avenue, Suite 100
          Reading, PA  19606

2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the motion.

3.  A hearing on the motion is scheduled to be held before The Honorable Jean K. FitzSimon, United States Bankruptcy Judge, on Wednesday, February 26, 2020 at 9:30 a.m., in U.S. Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Courtroom #3, Philadelphia, PA 19107.

4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Date:  January 16, 2020